NUMBER 13-98-002-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


LESLIE ERNEST SMITH , Appellant,



v.




ANTONIO NIETO CASTILLO, INDIVIDUALLY AND AS NEXT FRIEND

 OF ANTONIO JESUS CASTILLO , Appellee.

___________________________________________________________________



On appeal from the 139th District Court 

of Hidalgo County, Texas.


___________________________________________________________________



O P I N I O N



Before Justices Dorsey, Hinojosa, and Rodriguez

Opinion Per Curiam



 Appellant, LESLIE ERNEST SMITH , perfected an appeal from a judgment entered by the 139th District Court of Hidalgo
County, Texas, in cause number C-1130-93-C . After the record and briefs had been filed, the parties filed a joint motion
to reverse and remand. In the motion, the parties state that they have entered into a settlement agreement in this matter.

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of May, 1999 .